EILEEN J. O'CONNOR
Assistant Attorney General
BRIAN D. BAILEY
EDWARD E. GROVES
Trial Attorneys
United States Department of Justice
Tax Division, Western Criminal Enforcement Section
600 E Street, N.W., Room 5712
Washington, D.C. 20004
Telephone: (202) 514-8031/514-5193
Fax: (202) 514-9623
e-mails:  brian.d.bailey@usdoj.gov
          edward.e.groves@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

CR03-00364 HG

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. |
| | ) | |
| Plaintiff, | ) | INDICTMENT |
| | ) | |
| vs. | ) | [31 U.S.C. § 5324(a)(3) & |
| | ) | 26 U.S.C. § 7203] |
| RICCIO MASAHIDE TANAKA, | ) | |
| | ) | |
| Defendant. | ) | |

INDICTMENT

The Grand Jury charges:

COUNT 1
(31 U.S.C. § 5324(a)(3))
(Structuring a Cash Transaction)

From about May 7, 2002 to about May 16, 2002, in the District of Hawaii, defendant RICCIO MASAHIDE TANAKA, then a resident of Honolulu, Hawaii, did knowingly and for the purpose of evading the reporting requirements of Section 5313(a) of Title 31, United States Code, and the regulations promulgated

thereunder, structure and attempt to structure the following transaction with First Hawaiian Bank (a domestic financial institution): the withdrawal of about $130,000.00 in cash.

In violation of Title 31, United States Code, Section 5324(a)(3).

## COUNT 2
(26 U.S.C. § 7203)
(Failure to File an Income-Tax Return)

During the calendar year 2002, Defendant RICCIO MASAHIDE TANAKA, then a resident of Honolulu, Hawaii, received sufficient gross income (approximately $246,000) that the law required him to file with the Internal Revenue Service a federal individual income-tax return on or before April 15, 2003, but Defendant TANAKA willfully failed to file his return in the District of Hawaii or elsewhere on or before that date.

In violation of Title 26, United States Code, Section 7203.

DATED: July 23, 2003, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

EILEEN J. O'CONNOR
Assistant Attorney General

_Brian D. Bailey_
BRIAN D. BAILEY
EDWARD E. GROVES
Trial Attorneys