FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

AUG 14 2003

at 4 o'clock and 45 min. P M
WALTER A. Y. H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,         )   CRIMINAL NO. 03-00364 HG
                                  )
            Plaintiff,            )
                                  )
    vs.                           )
                                  )
RICCIO MASAHIDE TANAKA,           )
                                  )
            Defendant.            )
                                  )
_____)

### ORDER OF RECUSAL

To avoid the appearance of impropriety, I hereby recuse myself from any and all proceedings in this case.

IT IS SO ORDERED.

DATED: Honolulu, Hawaii, August 14, 2003.

HELEN GILLMOR
United States District Judge