JACK SCHWEIGERT, ESQ.
550 Halekauwila Street, Room 309
Honolulu, Hawaii 96813
Phone (808) 533-7491
Fax: (808) 533-7490

Attorney for Defendant/Appellant
Riccio Masahide Tanaka

FILED
UNITED STATES
DISTRICT OF
DEC 2 7 2005
at 3 o'clock and __ min
SUE BEITIA, CLERK

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 03-00364 SOM |
| | ) | |
| Plaintiff/Appellee, | ) | NOTICE OF APPEAL; |
| | ) | CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| RICCIO MASAHIDE TANAKA, | ) | |
| | ) | |
| Defendant/Appellant. | ) | |
| | ) | |
| | ) | |

## NOTICE OF APPEAL

COMES NOW DEFENDANT RICCIO MASAHIDE TANAKA by and through his attorney and notices his appeal to the Ninth Circuit Court of Appeals from the Order Defendant's Motion to Stay Execution of Mittimus of the District Court for the District of Hawaii, the Honorable Susan Oki Mollway presiding, filed November 17, 2005. This notice of appeal is filed pursuant to Rules 3 & 4, Federal

Rules of Appellate Procedure.

DATED: Honolulu, Hawaii December 27th, 2005.

JACK SCHWEIGERT, ESQ
Attorney for Defendant/Appellant
Riccio Masahide Tanaka

2

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

UNITED STATES OF AMERICA,    )    CR. NO. 03-00364 SOM
                             )
        Plaintiff/Appellee,  )    CERTIFICATE OF SERVICE
                             )
    vs.                      )
                             )
RICCIO MASAHIDE TANAKA,      )
                             )
        Defendant/Appellant. )
                             )
                             )

CERTIFICATE OF SERVICE

The below signed certified that on December 27, 2005, one copy of the

attached document was served on the below individual by U.S. Mail, first class

postage pre-paid addressed as follows:

    ALAN HECHTKOPT
    Chief, Criminal Appeals
    8 Tax Enforcement Policy Section
    U.S. Department of Justice, Tax Division
    950 Pennsylvania Ave., N.W.
    P.O. Box 502
    Washington, D.C. 20044
        Attorney for U.S.A.

DATED: Honolulu, Hawaii _____, 2005.

_____
Jack Schweigert, Esq.
Attorney for Defendant/Appellant