# UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

January 6, 2006

Alan Hechtkopt,
Chief, Criminal Appeals
8 Tax Enforcement Policy Section
U.S. Department of Justice, Tax Division
950 Pennsylvania Ave., N.W.
P.O. Box 502
Washington, D.C. 20044

IN RE:     U.S.A v. RICCIO MASAHIDE TANAKA
CR NO.     CR 03-00364SOM

Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on 12/27/05.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.

Sincerely,
Sue Beitia, Clerk

By     Laila M. Geronimo
       Deputy

Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
          docket sheet, dfnf
       Jack Schweigert, Esq.
          with copy of instructions for criminal appeals
          Transcript Desig. & Ordering Form
          with instructions and a copy of the
          docket sheet