**FILED**
FEB 13 2006
CATHY A. CATTERSON, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff - Appellee,<br><br>v.<br><br>RICCIO MASAHIDE TANAKA,<br><br>Defendant - Appellant. | No. 06-10036<br><br>D.C. No. CR-03-00364-SOM<br>District of Hawaii,<br>Honolulu<br><br>ORDER |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 17 2006

at 11 o'clock and 0 min. ___ M
SUE BEITIA, CLERK

Before: Peter L. Shaw, Appellate Commissioner

Appellant's motion for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

The certified copy of this order sent to the district court shall constitute the mandate.

/s/ Peter L. Shaw
General Order 6.3(e)

A TRUE COPY
CATHY A. CATTERSON
Clerk of Court
ATTEST

FEB 13 2006

by /s/ Deputy Clerk

S:\MOATT\Cmshords\02.06\nw\06-10036vd.wpd

INTERNAL USE ONLY: Proceedings include all events.
06-10036 USA v. Tanaka

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Alan Hechtkopf, Attorney<br>FAX                202<br>202/514-5396<br>[COR LD NTC aus]<br>S. Robert Lyons, Esq.<br>FAX 202/305-8687<br>202/514-5396<br>[COR LD NTC gov]<br>DOJ - U.S. DEPARTMENT OF<br>JUSTICE<br>Tax Division<br>P.O. Box 502<br>Washington, DC 20044 |
| v. | |
| RICCIO MASAHIDE TANAKA<br>    Defendant - Appellant | Jack F. Schweigert, Esq.<br>FAX 808-533-7490<br>(808) 533-7491<br>Room 309<br>[COR LD NTC cja]<br>550 Halekauwila<br>Honolulu, HI 96813 |