

AO 245B (Rev. 12/03) Sheet 2 - Imprisonment

CASE NUMBER: 1:03CR00364-001
DEFENDANT: RICCIO MASAHIDE TANAKA

Judgment - Page 3 of 7

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of FORTY SIX (46) MONTHS.

This term consists of FORTY (40) MONTHS as to Count 1 and TWELVE (12) MONTHS as to Count 2, with both terms to run concurrently; plus consecutive SIX (6) MONTHS as to Count 1, pursuant to 18 U.S.C. 3147(1), for a total of FORTY SIX (46) MONTHS.

[✓] The court makes the following recommendations to the Bureau of Prisons:
FPC Lompoc.

[ ] The defendant is remanded to the custody of the United States Marshal.

[ ] The defendant shall surrender to the United States Marshal for this district.
[ ] at ___ on ___.
[ ] as notified by the United States Marshal.

[✓] The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
[✓] before 10:00 a.m. on 12/1/05.
[ ] as notified by the United States Marshal.
[ ] as notified by the Probation or Pretrial Services Officer.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 10 2006

at 1 o'clock and 35 min. P M
SUE BEITIA, CLERK

## RETURN

I have executed this judgment as follows:

Defendant delivered on 2-13-2006 to TCI
at Taft, CA, with a certified copy of this judgment.

Barrie Ellis, Warden
~~UNITED STATES MARSHAL~~

By Cheryl D. ___ Records Mgr
~~Deputy U.S. Marshal~~

AO 2458 (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 27 2005

# United States District Court
## District of Hawaii

at __11__ o'clock and __XP__ min. __W__ M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA
v.
**RICCIO MASAHIDE TANAKA**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)
Case Number: **1:03CR00364-001**
USM Number: 88015-022

Jack Schweigert, Esq.
Defendant's Attorney

**THE DEFENDANT:**

[ ] pleaded guilty to count(s): ___.
[ ] pleaded nolo contendere to counts(s) ___ which was accepted by the court.
[✓] was found guilty on counts _1 and 2 of the Indictment_ after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| See next page. | | | |

The defendant is sentenced as provided in pages 2 through _7_ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on counts(s) ___ and is discharged as to such count(s).

[ ] Count(s) ___ (is)(are) dismissed on the motion of the United States.

It is further ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

OCTOBER 20, 2005
Date of Imposition of Judgment

_Signature of Judicial Officer_

**SUSAN OKI MOLLWAY**, United States District Judge
Name & Title of Judicial Officer

OCT 26 2005
Date

AO 245B (Rev. 12/03) Sheet 1 - Judgment in a Criminal Case

CASE NUMBER: 1:03CR00364-001
DEFENDANT: RICCIO MASAHIDE TANAKA

Judgment - Page 2 of 7

## ADDITIONAL COUNTS OF CONVICTION

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 31 USC 5324(a)(3) | Structuring financial transactions | 5/16/02 | 1 |
| 26 USC 7203 | Failure to file income tax return | 2002 | 2 |