MORAGE IOWATT
i

INTERNAL USE ONLY: Proceedings include all events.
05-10753 USA v. Tanaka

| | |
|---|---|
| UNITED STATES OF AMERICA<br>    Plaintiff - Appellee | Alan Hechtkopf, Attorney<br>FAX             202<br>202/514-5396<br>[COR LD NTC gov]<br>Samuel R. Lyons<br>FAX             202<br>202-307-6512<br>[COR LD NTC gov]<br>DOJ - U.S. DEPARTMENT OF JUSTICE<br>Tax Division<br>P.O. Box 502<br>Washington, DC 20044 |
| v. | |
| RICCIO MASAHIDE TANAKA<br>    Defendant - Appellant | Jack F. Schweigert, Esq.<br>FAX 808-533-7490<br>(808) 533-7491<br>Room 309<br>[COR LD NTC cja]<br>550 Halekauwila<br>Honolulu, HI 96813 |